# EXHIBITS A – F

# Available for Viewing by Accessing the Following Website

https://vimeo.com/showcase/10352279

**Password has been provided to Court Clerk**