# EXHIBIT I

```
 1   UNITED STATES DISTRICT COURT
 2   DISTRICT OF CONNECTICUT
 3
 4
 5   - - - - - - - - - - - - - x
                                :
 6   COLLEEN LORD, ET AL,       :
                                :
 7      Plaintiffs              :
                                : CIVIL NO:
 8              VS              : 3:22-cv-0322(VLB)
                                :
 9   CARLOS PADRO, ET AL,       : April 19, 2023
                                :
10      Defendants              :
                                :
11   - - - - - - - - - - - - - x
12
13                    VIDEOTAPED
14
15           Deposition of CARLOS JUAN PADRO,
16   JR., taken pursuant to the Federal Rules of
17   Civil Procedure at the Laske Law Firm, LLC,
18   1248 Post Road, 2nd Floor, Fairfield,
19   Connecticut on Wednesday, April 19, 2023 at
20   10:00 a.m. before LOUISE E. BOUTEILLER, CSR, a
21   Connecticut Shorthand Reporter and a Notary
22   Public in the State of Connecticut.
23
24
25
```

```
 1   informed by the Department of Corrections that my
 2   actions were beyond the scope of my authority."
 3   That was your answer, correct?
 4        A    Right, I didn't connect that with the
 5   Attorney General's Office.
 6        Q    That's fine.
 7        A    Yeah.
 8        Q    So the Attorney General's Office sort of
 9   represents the State of Connecticut, but --
10        A    Correct.
11        Q    -- I understand the difference and
12   that's okay.  I'll talk to you about it.  Okay.
13             I'm going to show you what's been marked
14   as Plaintiffs' Exhibit 108.  (Indicating.)
15        A    Mm-hmm.
16        Q    I'd ask you to take a look at that.
17             And you received that letter at some
18   point after the initiation of this lawsuit, is that
19   correct?
20        A    Correct.
21        Q    All right.  And the copy we have up on
22   the screen behind you that I will refer to, what it
23   says is -- it references this lawsuit.
24             (As read):  "Dear Mr. Padro, the Office
25   of the Attorney General has received a copy of the
```

1  Complaint filed in the above-referenced lawsuit

2  filed by Colleen Lord and Robert Francis Talbot,

3  Jr., who are the Administrators of the Estate of

4  Carl Talbot, in which you are a named Defendant.

5           "Based upon our investigation of the

6  facts and circumstances of your alleged conduct

7  that is the subject of the lawsuit, the Office of

8  the Attorney General has determined, pursuant to

9  Connecticut General Statute 5-141(d) that it would

10 be inappropriate at provide you with representation

11 in the above-referenced matter.

12          "Therefore, this office will not be

13 filing an appearance on your behalf.  In order to

14 protect your interests, you are advised to seek the

15 services of private counsel at your own expense to

16 represent you individually or represent yourself

17 pro se.  You should ensure that an appearance is

18 filed in this case on your behalf as soon possible.

19          "A copy of this letter is being

20 forwarded to your attorney, Glen Conway.

21          "Very truly yours, William Tong."

22          He is the Attorney General of the State

23 of Connecticut by reference at the top of the

24 letterhead.

25          You received that letter?

```
 1        A    I did.
 2        Q    I'm going to ask you some questions
 3   about that.
 4             This letter indicates that (as read):
 5   "Based upon our investigation of the facts and
 6   circumstances of your alleged conduct," and "our"
 7   is not defined, but it is a letterhead from the
 8   Attorney General's Office, have you either
 9   personally or through your counsel been provided
10   any investigation by the Attorney General's Office
11   that recited what facts and circumstances of your
12   alleged conduct have precluded their representation
13   through indemnification of defense -- and defense
14   of your interest in this matter?
15        A    No.
16        Q    Okay.  So no one from the Attorney
17   General's Office has said to you why they are
18   excluding you as opposed to the acts of the other
19   individuals?
20        A    No.
21        Q    Okay.  As you sit here today -- and I
22   don't want to know anything about what you've
23   talked to your attorney on, but just based upon the
24   facts of the incident that you are aware of from
25   having gone through it, are you aware of any facts
```

1  that would, in your view, differentiate your
2  actions from the actions of the other Defendants in
3  this case?
4        A    No.
5        Q    Do you think you did anything with
6  regard to Mr. Talbot, differently than any of the
7  other actors who have been identified as Defendants
8  in this case?
9        A    Absolutely not.
10       Q    Okay.  You were with Lieutenant Coggins.
11 He is a Lieutenant of the same rank as you?
12       A    Yes.
13       Q    You were both supervisors?
14       A    Yes.
15       Q    Okay.  The correctional officers that
16 were in place in this incident who participated and
17 who are named as Defendants, they are all subject
18 to the same Administrative Directives that you are?
19       A    Yes.
20       Q    There may be some that require more
21 responsibility on your part as a supervisor; but to
22 your knowledge, every individual correctional
23 officer is required to follow the Administrative
24 Directives just as you are?
25       A    Yes.

```
 1        Q    Okay.  I don't want to know what your
 2   attorneys told you, and I don't want to pry into
 3   that; but if this case were to go to a trial and
 4   you were to sit in front of a jury tomorrow and I
 5   were to ask you, what factual basis do you
 6   understand the Attorney General to be relying upon
 7   with regard to his conclusion that based upon the
 8   facts and circumstances of your alleged conduct
 9   that is the subject of the lawsuit, it would be
10   inappropriate to provide you with representation in
11   the above-referenced matter?
12        A    I don't know.  The letter wasn't
13   specific.
14        Q    Okay.  As you sit here today, do you
15   know what those would be?
16        A    No.
17        Q    Those facts and circumstances?
18        A    No, I do not.
19        Q    Okay.  But as of today, the Office of
20   the Attorney General is not providing you with any
21   legal counsel?
22        A    Correct.
23        Q    And if a judgment is against you, your
24   understanding is that they will not pay for any
25   judgment against you financially?
```