Civil- (Dec-2008)

HONORABLE: Vanessa L. Bryant
DEPUTY CLERK: J. Shafer
RPTR/ECRO/TAPE: A. Gaskins, ECRO
TOTAL TIME: 1 hours 7 minutes
DATE: 5-23-2023  START TIME: 9:32 am  END TIME: 10:39 am
LUNCH RECESS  FROM:  TO:
RECESS (if more than ½ hr)  FROM:  TO:

CIVIL NO. 3:22-cv-322-VLB

Colleen Lord, et al.

vs

Carlos Padro, et al.

A. Laske, III
Plaintiff's Counsel

A. Nunley, J. Ment, & D. Yale
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing  ☐ Show Cause Hearing
☐ Evidentiary Hearing  ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... # 80   Motion to Quash Subpoena and for Protective Order   ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ...........  _____   ☐ filed ☐ docketed
☐ ...........  _____   ☐ filed ☐ docketed
☐ ...........  _____   ☐ filed ☐ docketed
☐ ...........  _____   ☐ filed ☐ docketed
☐ ...........  _____   ☐ filed ☐ docketed
☐ ...........  _____   ☐ filed ☐ docketed
☐ ...........  _____ Hearing continued until _____ at _____

Notes: Oral argument held. The Court allows 14 days for supplemental briefing and the State has 14 days to respond.