IN THE UNITED STATES DISTRICT
COURT DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Colleen Lord and Robert Francis Talbot, Jr., Co-Administrators of the Estate of Carl Talbot** | : : : | Docket Number: 3:22-cv-00322 VLB |
|     **Plaintiffs** | : | |
| | : | |
| **vs.** | : : | |
| **Carlos Padro, Arden Coggins, Nicholas Belanger, Jeffrey Gibbons, Eddie Daniels, Nekengie Brookshire, Corron Petaway, Charles Washington, Malcolm Gatison, Patrick Davidson, Bii-Ron Wilkes, Jon Antoine and Margo Zukowska** | : : : : : : | |
| | : | November 1, 2023 |
|     **Defendants** | | |

## PLAINTIFFS' NOTICE OF PROVIDING
## SEALED EXHIBITS (A to C) TO THE COURT

**Pursuant to the Court's Order (Document #141.00), the Court indicates that "It does not appear Exhibits A through C have been manually filed with the Court". In order to remediate this issue, the plaintiff's hereby make a manual filing of Exhibits A through C.**

**The plaintiffs have this date provided to the Court, via regular mail, a copy of Exhibits A through C which are referred to in the Motion to Seal (Document #130.00).**

1

**THE PLAINTIFFS**

**BY:   /s/   Arthur C. Laske, III**
        **Arthur C. Laske III, Esq.**
        **Laske Law Firm, LLC**
        **1248 Post Road, 2nd Floor**
        **Fairfield, CT   06824**
        **Phone: (203) 254-1770**
        **Fax: (203) 256-9442**
        **Email: acl@laskelaw.com**
        **Federal Bar No:  ct 03773**

## **CERTIFICATION**

    **I hereby certify that on November 1, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.**

        **/s/   Arthur C. Laske, III**
        **Arthur C. Laske, III, Esq.**

2