# **PLAINTIFFS' EXHIBIT A**
# **Subject to Plaintiff's Motion to Seal**